UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION


Rodney Fussell, et al.,
    Plaintiffs

v.                Case No.  1:03-cv-704

Reginald Wilkinson, et al.,
    Defendants

# ORDER

    This matter is before the Court on the Magistrate Judge's Report and Recommendation filed August 26, 2009 (Doc. 207).

    Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. See United States v. Walters, 638 F.2d 947 (6th Cir. 1981). As of the date of this Order, no objections to the Magistrate Judge's Report and Recommendation have been filed.

    Having reviewed this matter de novo pursuant to 28 U.S.C. § 636, we find the Magistrate Judge's Report and Recommendation correct.

    Accordingly, it is **ORDERED** that the Report and Recommendation of the Magistrate Judge is hereby **ADOPTED**. Class member William E. Martin's motion for relief from judgment (Doc. 205) is **DENIED**.


Date: September 21, 2009                s/Sandra S. Beckwith
                                            Sandra S. Beckwith, Senior Judge
                                            United States District Court